# UNITED STATES DISTRICT COURT
## for the
_____ District of _____

_____ Division

| | |
|---|---|
| Jason Alan Campbell <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> The State of Texas <br><br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. 4:25cv4379 <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☐ No <br><br> United States Courts <br> Southern District of Texas <br> FILED <br><br> SEP 15 2025 <br><br> Nathan Ochsner, Clerk of Court |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jason Alan Campbell |
| Address | |
| City | Houston |
| State | Tx |
| Zip Code | |
| County | Harris |
| Telephone Number | (858) 407-5255 |
| E-Mail Address | pleasecontactjason@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
  Name
  Job or Title *(if known)*
  Address
    *City   State   Zip Code*
  County
  Telephone Number
  E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 2
  Name
  Job or Title *(if known)*
  Address
    *City   State   Zip Code*
  County
  Telephone Number
  E-Mail Address *(if known)*

☐ Individual capacity   ☐ Official capacity

Defendant No. 3

    Name     _____

    Job or Title *(if known)* _____

    Address _____

        *City*     *State*     *Zip Code*

    County _____

    Telephone Number _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity     ☐ Official capacity

Defendant No. 4

    Name _____

    Job or Title *(if known)* _____

    Address _____

        *City*     *State*     *Zip Code*

    County _____

    Telephone Number _____

    E-Mail Address *(if known)* _____

    ☐ Individual capacity     ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

1st Amendment-freedom of religion,speech,press,assembly and petition 4th Amendment-unreasonable search and seizure 5th Amendment-self incrimination and double jeapordy 6th Amendment- right toa speedy and public trial by jury and counsel,ensure individual liberties against government interference.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

8th Amendment-requiring exessive bail, imposing exessive fines, or inflicting cruel and unusual punuishment.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Custom (adherence to essential requirements, including antiquity continuity, certainty and reasonable statutory( using written laws or constitutions to regulate such customs

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Houston, Texas and San Diego, California

B. What date and approximate time did the events giving rise to your claim(s) occur?

The past 20 years in hindsight progressively got worse within the last five years. Distraught due to totall recall for the past year.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Subjected to systemic programming due to a technological form of slavery in order tom extract information from me by referencing the operation to a former drug habit that I once had(PCP) CONTAINED IN VANILLA EXTRACT ALSO KNOWN AS WATER TO MOCK MY STIGMATISM(Shape of my eyes) to liken me to Jesus Christ (Sacricfice) "I must be guilt of nothing so I walk on water.", Therefore they could "extract information from me." etc.,etc. The State of Texas and and its corrupt officials had Knowledge of such non-mutual beneficial operations. "What happened to you? Who did what? Was anyone else involved? Who else saw what happened?" Quiet as kept.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Laser eye surgery, stab wound ,head wound, seizures, congestive heart failure diagnosis.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Put a seise to all operations that contradict my freedoms as an American Texas born native Houstonian. Provide means of clothes quarter living (a house) away from any retaliation from those who wish to not identify themselves as operatives in my current situation and a car while waiting to settle my imposed misfortunes. 10 Million dollars for the inconvienves that cost me time, prevented earnings,and damaged my career as a promising well prospected Houston Hip Hop artist as well as $640,000. which is based on the base yearly income that I would have made working offshore as a boat tankerman.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/15/2025

Signature of Plaintiff

Printed Name of Plaintiff: Jason Alan Campbell

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address